# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161921

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WILLIAM PFEIL, Personal Representative
of the ESTATE OF SHIRLEY PFEIL,
          Plaintiff-Appellee,

v

MICHAEL VULTAGGIO and MARK R.
DOMINIC,
          Defendants,
and

VINCENT VULTAGGIO,
          Defendant-Appellant.
_____/

SC: 161921
COA: 353500
St. Clair CC: 19-000012-NO

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2020

                                                    Clerk